| | |
|---|---|
| 1 | District Judge Ronald B. Leighton |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH TULLEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA and U.S. PROTECT CORPORATION,

    Defendants.

Case No. 09-05128 RBL

JOINT STIPULATION AND PROPOSED ORDER REGARDING RELEASE OF INFORMATION

**Noted for consideration on motion calendar: August 13, 2009.**

## JOINT STIPULATION

The parties hereby STIPULATE AND AGREE to the following terms and conditions concerning the release of an unredacted copy of the McChord Air Force Base accident report regarding the March 11, 2007, accident, attached hereto as Exhibit A (sealed), which forms the basis of this lawsuit:

(1) Notwithstanding any other provision of the Privacy Act, 5 U.S.C. § 552a, *et seq.*, the Department of Defense (DOD), its officers, agents, employees and representatives are hereby authorized under 5 U.S.C. § 552a(b)(11) to release any and all information contained in any system of records maintained by the DOD, or any of its components, which may be described as "the McChord Air Force Base accident report of the March 11, 2007 accident involving the barriers at the Barnes Gate." *See* Accident Report, attached hereto as Exhibit A (submitted under seal for *in camera* review).

JOINT STIPULATION AND PROPOSED ORDER
REGARDING RELEASE OF INFORMATION - 1
CV 09-5128 RBL

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

(2) The DOD, its officers, agents, employees and representatives are hereby relieved of any obligation under 5 U.S.C. § 552a(c) to make or keep any accounting of any disclosure, as referenced above, or under 5 U.S.C. § 552a(e)(8), to provide notice of any disclosure to any individual, made under the authority of this order.

DATED this 13th day of August, 2009

| SKELLENGER BENDER, PS | JEFFREY C. SULLIVAN<br>United States Attorney |
|---|---|
| /s/   Pamela Tonglao<br>PAMLEA TONGLAO, WSBA # 29476<br>Attorney for U.S. Protect Corporation<br>1301 - 5th Avenue, Suite 3401<br>Seattle, Washington 98101-2605<br>Phone: 206-623-6501 x 571<br>Email: ptonglao@skellengerbender.com<br><br>Attorney for Defendant U.S. Protect Corporation | /s/ Priscilla T. Chan<br>PRISCILLA T. CHAN, WSBA #28533<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: Priscilla.Chan@usdoj.gov<br><br>Attorneys for the United States of America |

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 14th day of August, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND PROPOSED ORDER
REGARDING RELEASE OF INFORMATION - 2
CV 09-5128 RBL

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970